UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

EDWARD TAVAREZ,

                    Petitioner,                    **O R D E R**

          - against -                          07 Civ. 8673 (NRB)

STATE OF NEW YORK (Bare Hill
Corr. Facility),

                    Respondent.
-------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


        Upon reading the petition of Edward Tavarez that a writ of

habeas corpus be issued to respondent, and the Court in

accordance with Rule 4 of the Rules Governing § 2254 (1977), it

is hereby

        ORDERED, that the Clerk of the Court serve, by certified

mail, copies of this Order, the underlying Petition on the

Attorney General of the State of New York, and it is further

        ORDERED, that respondent shall file a response to the

petition on or before December 28, 2007 and petitioner's reply

thereto, if any, is due on or before January 28, 2008, and it is

further

ORDERED, that respondent shall file with its answer the state court record including, but not limited to, trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions.

**SO ORDERED.**

Dated:   New York, New York
         October 25, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE