JAN-04-2008 13:06                                                                                            P.02





STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

December 28, 2007

**BY FACSIMILE**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312
Fax: (212) 805-7927

JAN - 4 2008

    Re:    <u>Tavares, Edward v. State of New York, et al.</u>
           07 Civ. 8673 (NRB)

Dear Judge Buchwald:

    I am the Assistant Attorney General assigned to handle the above-referenced habeas corpus case. By order dated October 25, 2007, respondent's papers are due today, December 28, 2007. Although I recently received the state court records, I have not yet prepared the Attorney General's response. In the past two months, I have written and edited many district court filings, and I have several other district court cases, as well as two Second Circuit briefs, that I must file before this one. Accordingly, I am requesting an extension until March 10, 2008, to file the Attorney General's response.

    I apologize for the lateness of this request. I intended to file it earlier in the week, but I was unexpectedly out of the office for most of the week. Thank you for your consideration.

*Application granted. So Ordered.*

*[signature]*
*1/4/08*

                            Respectfully submitted,

                            Alyson J. Gill
                            Assistant Attorney General

cc (by U.S. Mail):    Edward Tavarez
                          03-A-5401
                          Bare Hill Correctional Facility
                          181 Brand Road, Caller Box 20
                          Malone, New York 12953