

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

March 6, 2008

**BY FACSIMILE**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312
Fax: (212) 805-7927

Re: Tavares, Edward v. State of New York, et al.
07 Civ. 8673 (NRB)

Dear Judge Buchwald:

I am writing for a second extension of time until March 28, 2008, to file the Attorney General's response. Your Honor granted my first request for an extension of time, but I have been unable to prepare the answer in this case because I have been working on several other cases that I had to file before this case, including two district court cases in the past week. In addition, I have several cases that I must file in March. As a result, I am requesting a second extension until March 28, 2008, to file my response.

Thank you for your consideration.

Respectfully submitted,

Alyson J. Gill
Assistant Attorney General

So Ordered
[signature]
NRB
3/7/08

cc (by U.S. Mail):   Edward Tavarez
03-A-5401
Bare Hill Correctional Facility
181 Brand Road, Caller Box 20
Malone, New York 12953

120 Broadway, New York, NY 10271 • Fax (212) 416-8010