UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD TAVAREZ,

                Petitioner,

       -against-

STATE OF NEW YORK (Bare Hill Correctional Facility),
                Respondents.
-----------------------------------------------------------X

07 CIVIL 8673 (NRB)

**JUDGMENT**

SCANNED

    A petition for a writ of habeas corpus under 28 U.S.C. 2254 having been submitted to the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, thereafter, on July 14, 2008, having rendered its Memorandum and Order denying the petition for a writ of Habeas Corpus, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 14, 2008, the petition for a writ of habeas corpus is denied; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies that any appeal from the Memorandum and Order dated July 14, 2008 would not be taken in good faith.

**DATED:** New York, New York
          July 14, 2008

                                        **J. MICHAEL McMAHON**
                                          Clerk of Court

                  BY:

                                          Deputy Clerk.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____